JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
ANDOLYN JOHNSON
Assistant United States Attorney
Nevada Bar Number 14723
400 South Virginia, Suite 900
Reno, Nevada 89501
Phone: (775) 784-5438
Email: Andolyn.Johnson@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | Case No. 3:19-CR-00043-RCJ-CLB |
| Plaintiff, | |
| v. | **MOTION TO DISMISS INDICTMENT WITH PREJUDICE** |
| Derek Braddix, N.P., | |
| Defendant. | |

Following the successful completion of eighteen months of supervision, concurrence from Pretrial Services, and pursuant to the Pretrial Diversion Agreement entered into by the parties (ECF No. 96), the government moves to dismiss the indictment as to the named defendant.

DATED this 9th day of May, 2023.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Andolyn Johnson*
ANDOLYN JOHNSON
Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br> v.<br><br>Derek Braddix, N.P.,<br><br>    Defendant. | Case No. 3:19-CR-00043-RCJ-CLB<br><br>**ORDER GRANTING MOTION TO DISMISS INDICTMENT WITH PREJUDICE** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses with prejudice the Indictment against Defendant Derek Braddix, N.P.

              JASON M. FRIERSON
              United States Attorney


              */s/ Andolyn Johnson*
              ANDOLYN JOHNSON
              Assistant United States Attorney


Leave of Court is granted for the filing of the above dismissal.

DATED this _____ day of _____, 2023.


              _____
              HONORABLE ROBERT C. JONES
              United States District Judge